UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL R. BILLITER, | § | CIVIL ACTION No. 04-CV-1794 |
| | § | |
| Plaintiff, | § | Chief Judge Donetta W. Ambrose/ |
| | § | Magistrate Judge Lisa Pupo Lenihan |
| vs. | § | |
| | § | |
| JOHN'S TOWING SERVICE, INC., | § | |
| | § | Electronically Filed |
| Defendant. | § | |
| | § | |

## ORDER

WHEREFORE, this Honorable Court hereby GRANTS the Joint Motion to Reschedule Mediation. It is hereby ORDERED that the mediation will be held on April  5 , 2006, at 9:30 AM. Mediation statements will be due seven (7) days prior to the mediation.

Dated: 3/13/06

BY THE COURT:

_____
Lisa Pupo Lenihan
United States Magistrate Judge

{20734.05/342496:}